**Opinion issued April 21, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00311-CR

———————————

## IN RE O.D. VANDUREN, Relator

———————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————

## MEMORANDUM OPINION

Relator, O.D. VanDuren, seeks relief from this Court by petition for writ of

mandamus. We **deny** the petition.[1]

## PER CURIAM

Panel consists of Justices Keyes, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *State v. O.D. VanDuren*, cause number 1307615, in the 174th District Court of Harris County, Texas, the Honorable Ruben Guerrero presiding.